JS-6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ELMER ANDRES S. RIVAS,<br><br>    Petitioner,<br><br>    v.<br><br>JAMES A. YATES, WARDEN,<br><br>    Respondent. | Case No. EDCV 08-01703-ODW (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: August 4, 2009

_____
Otis D. Wright, II
United States District Judge

